JOSEPH H. COHEN v. CHARLES B. TOOLE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

EDWARD J. BACKENSTOS v. THOMAS E. NOYES and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of THOMAS E. NOYES & COMPANY, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

EDWARD W. EVERETT v. JAMES A. CAREY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JAMES A. HAWES v. BARCLAY E. V. McCARTY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

EMMA REIGER v. CHARLES J. BERGOLD, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JENNIE P. WAGNER v. MATHILDA A. MITTENDORF. PARKER WAGNER v. MATHILDA A. MITTENDORF.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

SIGMUND H. ENGELBERG v. BESSIE A. ENGELBERG.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

AMERICAN FIDELITY COMPANY v. MICHAEL J. LEAHY.— Motion for leave to appeal granted; motion for reargument denied. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

SAMUEL M. FIELD v. GLADYS M. MOORE, Also Known, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ISAAC HEINEMAN v. IVAN JOSLIN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

BUILDERS BRICK AND SUPPLY COMPANY v. WALSH TRANSPORTATION COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

TRAITEL MARBLE COMPANY v. ROBERT C. FISHER COMPANY and Others. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

EMANUEL M. KAISER v. EDITH O. KAISER.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.